424 A.2d 557

Commonwealth v. Rider, Appellant.

Submitted September 13, 1979.  H. Amos Goodall, Jr., Assistant Public Defender, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

424 A.2d 557

Commonwealth v. Tyler, Appellant.

Argued March 12, 1979.  Harold N. Fitzkee, Jr., for appellant; Peter J. Mangan, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J. filed a memorandum dissenting opinion.